Beatrice Fedro, Guardian of Estate of Jerome Thomas Waugh, Minor, Appellant, v. Margaret E. Waugh, Individually and Executrix of Last Will and Testament of Thomas G. Waugh, Deceased, and as Trustee et al., Appellees.

Gen. No. 44,699.

opinion filed October 26, 1949; released for publication November 10, 1949. Thomas H. Murray, for appellant; Cornelius R. Palmer, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.